No. 2192.—EL PUEBLO, APDO., *v.* GÓMEZ, APLTE.—C. D. San Juan, Distrito 1º. Adulteración de leche. Mayo 5, 1924.

Confirmada la sentencia apelada porque habiendo el acusado levantado cuestiones de hecho en su alegato no hizo constar en forma auténtica tales cuestiones.